Certificate Number: 03621-PAE-DE-030450447

Bankruptcy Case Number: 13-12362



03621-PAE-DE-030450447

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 19, 2018, at 4:44 o'clock AM EST, Renee F Donovan completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 19, 2018           By:    /s/Bill Sheehan

                                  Name:  Bill Sheehan

                                  Title: Counselor