United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-12362-amc
Renee F Donovan                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2          Date Rcvd: Feb 16, 2018
                             Form ID: 138NEW        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db          +Renee F Donovan,    2216 East Hagert Street,    Philadelphia, PA 19125-2106
12998707    +Action Karate - Souderton,    12320 Academy Road,    Philadelphia, PA 19154-1928
12998705    +Action Karate - Souderton,    c/o Member Solutions,    P.O. Box 705,    Jenkintown, PA 19046-7105
12998706    +Action Karate - Souderton,    c/o Burns & Kasmen,    Attorneys at Law, A Professional Corp.,
             P.O. Box 974,    Jenkintown, PA 19046-7274
12998709    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13038436     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12998710    +Capital One Bank (USA), N.A.,    c/o GC Services Limited Partnership,    6330 Gulfton,
             Houston, TX 77081-1108
12998711    +Chase Home Finance,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
12998712    +Commonwealth of Pennsylvania,    Financial Enforcement Section,    15th Floor, Strawberry Square,
             Harrisburg, PA 17120-0001
12998713    +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
12998714    +Law Offices of Baum & Litt,    4 West Oakland Avenue,    Doylestown, PA 18901-4243
12998716    +PPL Electric Utilities,    2 North 9th Street,    RPC-GENN1,    Allentown, PA 18101-1139
12998715     Pennsylvania Dept. of Transportatio,    Office of Chief Counsel,
             Attn: Michael Aisher, Asst. Counsel,    PO Box 8212,    Harrisburg, pa 17105-8212
12998719    +Public Storage,    701 Western Avenue,    Glendale, CA 91201-2349
12998718    +Public Storage,    c/o Allied Interstate,    3000 Corporate Exchange Drive,    5th Floor,
             Columbus, OH 43231-7689
12998720    +QVC,    P.O. Box 2254,    West Chester, PA 19380-0153
13839325    +Thomas Puleo,    KML Law Group P.C.,    c/o US Bank National Assoc,    701 Market Street ste 5000,
             Philadelphia Pa 19106-1541
13124685    +U.S. Bank National Association, as Trustee, et al,    JPMorgan Chase Bank, N.A.,
             3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13913973    +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
             3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13146126     US Deaprtment of Education,    PO BOX 16448,    St Paul MN 55116-0448
12998721     Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:45:10    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:44:20
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:45    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13001800     E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 17 2018 02:44:32
             American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
             Irving, TX 75016-8088
12998708     E-mail/Text: g20956@att.com Feb 17 2018 02:45:17    AT&T Mobility,    PO Box 537104,
             Atlanta, GA 30353-7104
13117876    +E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:45:10
             City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group, MSB,
             1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
12998717    +E-mail/Text: egssupportservices@alorica.com Feb 17 2018 02:44:32    PPL Electric Utilities,
             c/o NCO Financial Service,    507 Prudential Road,    Horsham, PA 19044-2308
                                                                                             TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMORGAN CHASE BANK, N.A.
cr          ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                             TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0313-2          User: DonnaR          Page 2 of 2          Date Rcvd: Feb 16, 2018
                             Form ID: 138NEW        Total Noticed: 28

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
          the EMC Mortgage Loan Trust 2003-A, Mortgage Pass-through Certificates Series 2003-A
          mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          TERESA  BRADY    on behalf of Debtor Renee F Donovan bankruptcy_queen@yahoo.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Renee F Donovan

            Debtor(s)                           Bankruptcy No: 13−12362−amc

                                             Chapter: 13

_____

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                For The Court

                Timothy B. McGrath
                Clerk of Court

Dated: 2/16/18